**No. 09-8472. Lloyd T. Stephens, Petitioner v. Fourth Judicial District Court, et al.**

559 U.S. 934, 130 S. Ct. 1569, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1111.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-8583. Darcy Walker, Petitioner v. John E. Potter, Postmaster General.**

559 U.S. 934, 130 S. Ct. 1569, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1350.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 09-350. Los Angeles County, California, Petitioner v. Craig Arthur Humphries, et ux.**

559 U.S. 935, 130 S. Ct. 1501, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1114.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted limited to Question 1 presented by the petition.

**No. 09-587. Kelly Harrington, Warden, Petitioner v. Joshua Richter.**

559 U.S. 935, 130 S. Ct. 1506, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1449.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted. In addition to the question presented, parties are directed to brief and argue the following question: "Does AEDPA deference apply to a state court's summary disposition of a claim, including a claim under Strickland v. Washington, 466 U.S. 668 [104 S. Ct. 2052, 80 L. Ed. 2d 674] (1984)?"

Same case below, 578 F.3d 944.

**No. 08-1520. City of Dallas, Texas, Petitioner v. Rowan W. Gould, Director, United States Fish and Wildlife Service, et al.**

559 U.S. 935, 130 S. Ct. 1499, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1291.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 562 F.3d 712.

**No. 08-1524. Texas Water Development Board, Petitioner v. Department of the Interior, et al.**

559 U.S. 935, 130 S. Ct. 1500, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1121.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 562 F.3d 712.

**No. 08-10932. Fidele Birahagaze Batekreze, Petitioner v. Arizona.**

559 U.S. 935, 130 S. Ct. 1500, 176 L. Ed. 2d 108, 2010 U.S. LEXIS 1139,

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.